IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06 CV 535**

| | |
|---|---|
| MICHAEL TODD POPE, individually and on behalf of a class of those similarly situated, )<br>Plaintiff, )<br>v. )<br>TT OF LAKE NORMAN, LLC d/b/a LAKE NORMAN DODGE, )<br>Defendant. ) | **ORDER** |

**FOR CAUSE SHOWN, IT IS HEREBY ORDERED** that Defendant TT of Lake Norman, LLC d/b/a Lake Norman Dodge has until April 1, 2007, to answer or otherwise respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Signed: March 6, 2007

Graham C. Mullen
United States District Judge