IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06 CV 535**

| | |
|---|---|
| MICHAEL TODD POPE, individually and on behalf of a class of those similarly situated,<br>                 Plaintiff,<br>v.<br><br>TT OF LAKE NORMAN, LLC d/b/a LAKE NORMAN DODGE,<br>                 Defendants | **ORDER GRANTING ADMISSION PRO HAC VICE** |

    **THIS MATTER** is before the Court upon the motion of defendant TT of Lake Norman, LLC d/b/a Lake Norman Dodge to allow **Katherine Leong** to appear *Pro Hac Vice*, dated March 2, 2007 [doc. #13].

    Upon careful review and consideration, this Court will grant the Application.

    In accordance with Local Rule 83.1 (B), the Court notes that Ms. Leong has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

    **IT IS SO ORDERED.**

                                        Signed: March 5, 2007

                                        Graham C. Mullen
                                        United States District Judge