# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Michael Todd Pope et al,

    Plaintiff(s),

vs.

TT of Lake Norman LLC ,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06cv535

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 28, 2007 Order.

Signed: August 28, 2007

Frank G. Johns, Clerk
United States District Court